**Appeal Dismissed and Memorandum Opinion filed August 22, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00542-CV

---

## DAVID  ILOANI, Appellant

## V.

## OGIDI UNION OF HOUSTON, TEXAS, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-12484**

---

## M E M O R A N D U M    O P I N I O N

This is an interlocutory appeal from an order granting a temporary injunction signed July 5, 2019. The notice of appeal was filed July 9, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.  On July 24, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R.

App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.